# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DUNIFU ALI KINCY,<br><br>    Petitioner,<br><br>v.<br><br>K. HARRINGTON, Warden,<br><br>    Respondent. | No. CV 11-9253-JAK (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: June 1, 2012

                                              HONORABLE JOHN A. KRONSTADT
                                              UNITED STATES DISTRICT JUDGE